JANUARY 11, 1988

No. 87–343. MONTANA ET AL. *v.* CROW TRIBE OF INDIANS ET AL. Affirmed on appeal from C. A. 9th Cir. THE CHIEF JUS-

TICE would note probable jurisdiction and set case for oral argument.